IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| USA, | : | |
| Plaintiff, | : | |
| v. | : | CRIMINAL ACTION |
| ADAM SCOTT, | : | NO. 10-cr-677 |
| Defendant. | : | |

# ORDER

**AND NOW**, this \_\_\_\_ day of July, 2011, upon consideration of Defendant's Motion For Reconsideration of Denial of Suppression Motion and for a Frank's Hearing (Doc. 100) and the Government's Response in Opposition thereto (Doc. 103), **IT IS HEREBY ORDERED AND DECREED** that the motion is **DENIED**.

**BY THE COURT:**

**/S/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**